# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| DARLA STEWART, | : |
| Plaintiff, | : |
| v. | : Case No. 2:06-CV-0736 |
| | : JUDGE ALGENON L. MARBLEY |
| CHEEK & ZEEHANDELAR, LLP, *et al.* | : Magistrate Judge Norah McCann King |
| Defendants. | : |
| GEORGE C. LEXINGTON, | : |
| Plaintiff, | : |
| v. | : Case No. 2:07-CV-153 |
| | : JUDGE ALGENON L. MARBLEY |
| CHEEK & ZEEHANDELAR, LLP, *et al.* | : Magistrate Judge Norah McCann King |
| Defendants. | : |

## **ORDER**

By agreement of the parties, Defendants' pending motions for summary judgment in these consolidated cases (case no. 06-736, doc. no. 52; case no. 07-153 doc. no. 35) are dismissed without prejudice.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATE: February 26, 2009.**